IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

                      Plaintiff,                                    ORDER

    v.

                                                                                       11-cr-12-bbc

LACEY PHILLIPS and
ERIN HALL,

                      Defendants.
_____

       Pursuant to Rule 17(b), defendant Erin Hall has moved for issuance of subpoenas for trial witnesses, and has asked for early returns on his requests for documents. *See* dkt. 20, ¶1. Co-defendant Lacey Phillips has joined this motion. *See* dkt. 21. There is no need to seal this order because the defendants have advised the government of these subpoena requests and we discussed them at the pretrial motion hearing. Defendants have sufficiently established the reasonable necessity of the subpoenaed documents to their defense for this court to authorize the subpoenas. Whether any subpoenaed entity will object and whether the trial judge will deem the subpoenaed information admissible at trial are questions that are not before the court at this time.

       It is ORDERED that the Clerk of Court shall issue subpoenas for these witnesses, and the marshals service shall serve these subpoenas and pay witness fees in the same fashion as for the government, namely at no cost to the defendant:

    1)      Custodian of Records
              Signature Group Holdings, Inc., successor in interest to
              Fremont Reorganizing Corporation f/k/a Fremont Investment & Loan
              175 N. Riverview Drive
              Anaheim, CA 92808

2)  Custodian of Records
    Secured Funding Corporation
    c/o Lorne K. Lahodny
    18012 Cowan
    Irvine, CA 92614

3)  Custodian of Records
    Litton Loan Servicing LP
    4828 Loop Central Drive
    Houston, TX 77081

4)  Custodian of Records
    HSBC Bank USA
    4828 Loop Central Drive
    Houston, TX 77081

5)  Custodian of Records
    Preferred Title, LLC
    2728 Coho Street
    Madison, WI 53713

6)  Custodian of Records
    Wisconsin River Title Consultants, LLC
    408 Linn Street
    Baraboo, WI 53913

7)  Custodian of Records
    R and J Appraisal
    c/o Richard Hefner
    1905 Anhalt Drive
    Madison, WI 53704

8)  Custodian of Records
    Platinum Concepts, Inc.
    c/o Brian K. Bowling
    FCI Terre Haute
    Federal Correctional Institution
    P.O. Box 33
    Terre Haute, IN 47808

9)   Custodian of Records
     BKB, LLC
     c/o Brian K. Bowling
     FCI Terre Haute
     Federal Correctional Institution
     P.O. Box 33
     Terre Haute, IN 47808

10)  Custodian of Records
     Keith & Company International, Inc.
     c/o Brian K. Bowling
     FCI Terre Haute
     Federal Correctional Institution
     P.O. Box 33
     Terre Haute, IN 47808

Dated this 31st day of May, 2011.

> BY THE COURT:
>
> /s/
>
> STEPHEN L. CROCKER
> Magistrate Judge